IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **EARL V. SAMPLES,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| VS. | ) **CASE NO. CV 87-4400-JLF** |
| | ) |
| **JOY MANUFACTURING COMPANY,** | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT IN A CIVIL CASE

**FOREMAN, District Judge:**

The Court having received a Stipulation for Dismissal signed by all counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**NORBERT G. JAWORSKI, CLERK**

February 13, 2006               By:     s/ Melinda S. Duncan
*Date*                                          *Deputy Clerk*

Approved: s/ James L. Foreman          EOD:    2/13/06     msd
            *District Judge*